AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JARATH MANGHAM,

      Petitioner,       JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: 3-16-cv-00026-MMD-WGC

ISIDRO BACA, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (ECF No. 7) is **granted**. The petition is dismissed as time-barred.

    **IT IS FURTHER ORDERED AND ADJUDGED** that a certificate of appealability is **denied**.

  February 13, 2017                                             **DEBRA K. KEMPI**
                                                                                       Clerk

                                                                                     /s/ K. Walker
                                                                                    Deputy Clerk